**Marilyn S. RUBEN, Plaintiff–
Appellant,**

v.

**Sybil DELEVAN, Director, Arizona
Board of Behavioral Health Examin-
ers, Todd Bankofier, President, Ari-
zona Board of Education, William
Anderson, Director, Arizona Board of
Medical Examiners, Terry Stewart,
Director, Arizona Department of Cor-
rections, Arizona Board of Medical
Examiners, Arizona Department of
Corrections, and Arizona Board of
Education, Defendants–Appellees,**

and

**City of Phoenix Police Department,
Defendant–Appellee,**

and

**Yuma School District # 1 and Licha
Jordan, Employee of Yuma School
District # 1, Defendants–Appellees,**

and

**Gerald P. Richard, II, Legal Consultant,
Phoenix Police Department and Joe
Arpaio, Sheriff, Madison Jail, Defen-
dants–Appellees.**

No. 03–1568.

United States Court of Appeals,
Federal Circuit.

Sept. 17, 2003.

*ORDER*

DYK, Circuit Judge.

Upon review of this recently docketed appeal, we consider whether this appeal

should be transferred to the United States Court of Appeals for the Ninth Circuit.

Marilyn S. Ruben sued the various state, city and school district defendants, asserting state law claims and civil rights violations. The district court dismissed the action on various grounds and Ruben appealed. In her notice of appeal, Ruben states that she seeks review by this court.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. It is clear that this court does not have jurisdiction over this appeal. Thus, absent objection, this appeal will be transferred to the Ninth Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

Absent objection received within 21 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.